**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| REVENUE BASED FINANCE COALITION, <br><br> *Plaintiff*, <br><br> *v.* <br><br> CONSUMER FINANCIAL PROTECTION BUREAU; and RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, <br><br> *Defendants*. | Civil Action No. 1:23-cv-24882-DSL <br><br> Judge David S. Leibowitz <br> Magistrate Judge Eduardo I. Sanchez |

**STATUS REPORT**

Defendants the Consumer Financial Protection Bureau ("CFPB") and Russell Vought, in his official capacity as the Acting Director of the CFPB, and Plaintiff Revenue Based Finance Coalition ("RBFC") respectfully submit this status report concerning the status of this case, pursuant to this Court's May 13, 2026 Order, *see* ECF No. 96.

On May 1, 2026, the Bureau published a rule under Section 1071 of the Consumer Financial Protection Act ("2026 Rule"), which revises certain aspects of the Bureau's 2023 Small Business Lending Rule ("2023 Rule"). *See* 91 Fed. Reg. 23,530 (May 1, 2026). Specifically, the 2026 Rule amends the 2023 Rule to exclude sales-based financing (*i.e.*, "merchant cash advances") from Section 1071's data-collection and reporting requirements, and thus effectively provides the relief that RBFC sought for its members through this lawsuit.

Because the 2026 Rule went into effect today as planned, there is no need to continue this litigation. The parties will therefore be stipulating to dismiss this case without prejudice under

Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  RBFC reserves the right to renew its challenge to the 2023 Rule in the event that the 2023 Rule is reinstated for any reason.  *See, e.g.*, *Alaska v. U.S. Dep't of Agric.*, 772 F.3d 899, 900 (D.C. Cir. 2014).

Respectfully submitted,

/s/ *Joseph Frisone*
Joseph Frisone
*Acting Assistant General Counsel*
Consumer Financial Protection Bureau
1700 G St. NW
Washington, D.C. 20552
Tel: (202) 435-9287
Joseph.Frisone@cfpb.gov

*Counsel for Defendants*

/s/ *Paul F. Hancock*
Paul F. Hancock
paul.hancock@klgates.com
Florida Bar No. 140619
K&L GATES LLP
200 S. Biscayne Boulevard, Suite 3900
Miami, FL 33131-2399
Tel: (305) 539-3300
Fax: (305) 358-7095

Kevin F. King*
Daniel G. Randolph*
MaKade C. Claypool*
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Tel: (202) 662-6000
Fax: (202) 662-6291
kking@cov.com

* admitted *pro hac vice*

*Counsel for Plaintiff*
*Revenue Based Finance Coalition*

June 30, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 30, 2026, I electronically filed the foregoing report with the Clerk of the Court of the United States District Court for the Southern District of Florida using the Court's CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

June 30, 2026

*/s/ Paul F. Hancock*
Paul F. Hancock
*Counsel for Plaintiff*
*Revenue Based Finance Coalition*