**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| REVENUE BASED FINANCE COALITION,<br><br>     *Plaintiff*,<br><br>     *v.*<br><br>CONSUMER FINANCIAL PROTECTION BUREAU; and RUSSELL VOUGHT in his official capacity as Acting Director of the Consumer Financial Protection Bureau,<br><br>     *Defendants*. | Civil Action No. 1:23-cv-24882-DSL |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Revenue Based Finance Coalition ("RBFC") and Defendants Consumer Financial Protection Bureau ("CFPB") and Russell Vought, in his official capacity as Acting Director of the CFPB, by and through their undersigned counsel, hereby stipulate to the dismissal of this action without prejudice. Each party will bear its own attorneys' fees and costs. The dismissal shall be effective upon the filing of this joint stipulation.

Respectfully submitted,

/s/ Joseph Frisone
Joseph Frisone
*Acting Assistant General Counsel*
Consumer Financial Protection Bureau
1700 G St. NW
Washington, D.C. 20552
Tel: (202) 435-9287
Joseph.Frisone@cfpb.gov

*Counsel for Defendants*

/s/ Paul F. Hancock
Paul F. Hancock
paul.hancock@klgates.com
Florida Bar No. 140619
K&L GATES LLP
200 S. Biscayne Boulevard, Suite 3900
Miami, FL 33131-2399
Tel: (305) 539-3300
Fax: (305) 358-7095

Kevin F. King*
Daniel G. Randolph*
MaKade C. Claypool*
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Tel: (202) 662-6000
Fax: (202) 662-6291
kking@cov.com

* admitted *pro hac vice*

*Counsel for Plaintiff*
*Revenue Based Finance Coalition*

June 30, 2026

2

3

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 30, 2026, I caused the foregoing stipulation to be filed with the Clerk of the Court of the United States District Court for the Southern District of Florida using the Court's CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


June 30, 2026                                          */s/ Paul F. Hancock*
                                                       Paul F. Hancock
                                                       *Counsel for Plaintiff*
                                                       *Revenue Based Finance Coalition*